No. 04-01-00688-CR


Kimberly Skillman DAVIS,

Appellant


v.


The State of TEXAS,

Appellee


From the 9th Judicial District Court, Montgomery County, Texas

Trial Court No. 00-09-06021 CR

Honorable Frederick E. Edwards, Judge Presiding



PER CURIAM

 

Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Sandee Bryan Marion, Justice

 



Delivered and Filed: April 24, 2002


DISMISSED


 The appellant has filed a motion to dismiss this appeal. The motion is granted, and the appeal
is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH